UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60149-CR-COHN/SNOW

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RICKY JACKSON,
        Defendant.
_____:

## ORDER

THIS MATTER came before the Court upon the Defendant's Motion for Leave to File Motion to Suppress Out of Time. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

Defendant' previously filed Motion to Suppress and Request for Evidentiary Hearing will be accepted as if timely filed.

DONE AND ORDERED at Fort Lauderdale, Florida this 30th day of August, 2007.

                      United States Magistrate Judge
                      LURANA S. SNOW

cc:   Patrick M. Hunt, AFPD
      Joanne Fine, AUSA