UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61305-CIV-COHN-WHITE
07-60149-CR-COHN

RICKY JACKSON,

        Movant,

VS.

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge Recommending Motion to Vacate be Granted in Light of *Johnson v. United States* [DE 13]. Since the Government now concedes that Mr. Jackson does not qualify as an Armed Career Criminal under Title 18, United States Code, Section 924(e), the Court will vacate Mr. Jackson's sentence and resentence him. Accordingly, it is thereupon

ORDERED AND ADJUDGED that:

1. The Report and Recommendation [DE 13] is **ADOPTED** in its entirely.

2. Defendant Ricky Jackson's Motion's to Vacate Pursuant to 28 U.S.C. § 2255 is hereby **GRANTED**.

3. Mr. Jackson's sentence is hereby **VACATED** and a new Presentence Investigation Report shall be prepared. The resentencing hearing is set for **Friday, October 7, 2016 at 9:30 a.m.** before the Honorable James I. Cohn, United States District Judge, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

4. No certificate of appealability shall be issued.

5. The Clerk is directed to **CLOSE** this habeas case.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of August 2016.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Patrick A. White
Jennifer Keene, AUSA
Robin Farnsworth, AFPD
Ricky Jackson
Reg No. 77375-004
Federal Correctional Institution- Sandstone
P.O. Box 1000
Sandstone, MN 55072